UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN MONTERO,<br><br>    Plaintiff(s),<br><br>        v.<br><br>PRIMO HOME SERVICES INSTALLATION INC., et al.,<br><br>    Defendant(s). | 23 Civ. 7340 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On December 15, 2023, the parties filed a proposed case management plan and a joint status letter in advance of the initial pre-trial conference scheduled for December 20, 2023. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: December 18, 2023
          New York, New York

_____
          DALE E. HO
United States District Judge