UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN MONTERO,<br><br>    Plaintiff(s),<br><br>  v.<br><br>PRIMO HOME SERVICES INSTALLATION INC., et al.,<br><br>    Defendant(s). | 23 Civ. 7340 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued December 18, 2023, cancelled the initial pretrial conference. *See* Dkt. No. 17. In the operative case management plan and scheduling order, the parties request to go to mediation through the District's Mediation Program following the close of fact discovery. *See* Dkt. No. 16. A copy of the Court's standing order in FLSA cases, which calls for the parties to go to mediation prior to the initial pretrial conference, docketed on December 26, 2023.

  It is hereby **ORDERED** that, notwithstanding the provision of the standing order which requires the parties to schedule mediation within sixty (60) days, the parties may schedule mediation to occur following the close of fact discovery according to their preference. All deadlines contained in the operative case management plan remain in place.

  SO ORDERED.

Dated: January 2, 2024
   New York, New York

                         DALE E. HO
                      United States District Judge