UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN MONTERO, et al., <br><br>                  Plaintiffs, <br><br>          v. <br><br>PRIMO HOME SERVICES INSTALLATION, INC., et al., <br><br>                  Defendant(s). | 23-CV-7340 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

      The Court has been informed that the parties have reached a settlement on all issues, following mediation through the District's Mediation Program. In the Second Circuit, "parties cannot privately settle FLSA claims with a stipulated dismissal with prejudice under Federal Rule of Civil Procedure 41 absent the approval of the district court or the Department of Labor." *Fisher v. SD Prot. Inc.*, 948 F.3d 593, 599-600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorneys' fees is fair and reasonable); *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015).

      It is hereby **ORDERED** that the parties shall file their materials for approval under *Cheeks* by **April 19, 2024.**

      SO ORDERED.

Dated: March 15, 2024
       New York, New York

                                                             DALE E. HO
                                                   United States District Judge