UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN MONTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRIMO HOME SERVICES INSTALLATION, INC., et al., <br><br> Defendants. | 23-CV-7340 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

An order issued December 18, 2023, scheduled a post-discovery conference for May 1, 2024. *See* ECF No. 16. An order issued on March 15, 2024, stated that the Court has been informed that the parties have reached a settlement in principle following mediation and directed the parties to submit their settlement materials for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). *See* ECF No. 23. An order issued on April 17, 2024, granted an extension of the parties' deadline to submit their *Cheeks* materials to May 3, 2024. *See* ECF No. 25.

It is hereby **ORDERED** that, to avoid any ambiguity, the conference scheduled for May 1, 2024, and all other conferences and deadlines in this matter, except the deadline to submit *Cheeks* materials, are **ADJOURNED**, sine die. The parties shall file their *Cheeks* materials in accordance with prior orders.

SO ORDERED.

Dated: April 25, 2024
   New York, New York

_____
DALE E. HO
United States District Judge